



Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print     GrantedPublicAccess  **Logoff JOSEPH_WHITENER**

**21JE-CC00280 - EARL RICE V UNITED STATES BUREAU OF ALCOHOL ET AL (E-CASE)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

| | |
|---|---|
| **Judge/Commissioner Assigned:** MELENBRINK, VICTOR JOSEPH | **Date Filed:** 04/13/2021 |
| **Location:** Jefferson | **Case Type:** CC Other Miscellaneous Actions |
| **Disposition:** Not Disposed | |
| **Financial Information :** | |

Track This Case

Case.net Version 5.14.17.6    [Return to Top of Page]    Released 04/13/2021



Search for Cases by: Select Search Method...

Judicial Links    |    eFiling    |    Help    |    Contact Us    |    Print          GrantedPublicAccess   Logoff JOSEPH_WHITENER

**21JE-CC00280 - EARL RICE V UNITED STATES BUREAU OF ALCOHOL ET AL (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

**Click here to QuickFile on behalf of the Selected Party.**

○ **RICE , EARL G JR , Plaintiff**
**Acting Pro Se**
225 E. 3RD ST
WATERLOO, IL 62298

**Year of Birth:** 1958

○ **UNITED STATES BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPL. , Defendant**

○ **JEFFERSON COUNTY PROSECUTING ATTORNEY , Defendant**
300 MAIN STREET
HILLSBORO, MO 63050
**Business:** (636) 797-5321

○ **JEFFERSON COUNTY SHERIFFS DEPT , Defendant**
400 1ST STREET
HILLSBORO, MO 63050

○ **JEFFERSON COUNTY MISSOURI , Defendant**
729 MAPLE STREET
HILLSBORO, MO 63050

**ADDITIONAL ATTORNEYS**

**COSTELLO , JACOB THOMAS , Assistant Prosecuting Attorney**
PO BOX 100
300 MAIN STREET
HILLSBORO, MO 63050

Case.net Version 5.14.17.6          Return to Top of Page          Released 04/13/2021



Search for Cases by: **Select Search Method...** ▼

Judicial Links  |  eFiling  |  Help  |  Contact Us  |  Print        GrantedPublicAccess **Logoff BATESLAWGROUP**

**21JE-CC00280 - EARL RICE V UNITED STATES BUREAU OF ALCOHOL ET AL (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |
|---|---|---|---|---|---|---|---|---|

[Click here to eFile on Case](#)
Click here to Respond to Selected Documents

Sort Date Entries: ● Descending ○ Ascending          Display Options: **All Entries** ▼

---

**05/20/2021** ☐ **Summons Issued-Circuit**
Document ID: 21-SMCC-597, for UNITED STATES BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPL..

**05/19/2021** ☐ **Correspondence Filed**
CORRESPONDENCE TO CLERK'S OFFICE UPDATING ADDRESS FOR BATFE
**Filed By:** EARL G RICE JR

☐ **Motion for Apptmnt of Counsel**
SENT TO JUDGE FOR REVIEW. FILE STAMPED COPY MAILED BACK TO PLAINTIFF
**Filed By:** EARL G RICE JR

**05/17/2021** ☐ **Response Filed**
PLEASE FILE A SUBSTITUITION OF COUNSEL REQUEST SO THAT THE STATE OF MISSOURI IS NOT UNREPRESENTED IN THIS MATTER. JUDGE DIV.5

**05/05/2021** ☐ **Motion of Withdrawl of Counsel**
Motion to Withdraw. SENT TO JUDGE FOR SIGNATURE
**Filed By:** JACOB THOMAS COSTELLO

**04/29/2021** ☐ **Entry of Appearance Filed**
Filing Memo Assigning APA Costello; Electronic Filing Certificate of Service.
**Filed By:** JACOB THOMAS COSTELLO

**04/27/2021** ☐ **Family Member/Roommate Served**
Document ID - 21-SMCC-481; Served To - JEFFERSON COUNTY MISSOURI; Server - ; Served Date - 22-APR-21; Served Time - 17:30:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - SERVED TO PAIGE LAIBEN

☐ **Family Member/Roommate Served**
Document ID - 21-SMCC-479; Served To - JEFFERSON COUNTY SHERIFFS DEPT; Server - ; Served Date - 22-APR-21; Served Time - 17:30:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - SERVED TO PAIGE LAIBEN

☐ **Family Member/Roommate Served**
Document ID - 21-SMCC-480; Served To - JEFFERSON COUNTY PROSECUTING ATTORNEY; Server - ; Served Date - 22-APR-21; Served Time - 17:20:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - SERVED TO LINDSEY WHALEN

**04/21/2021** ☐ **Judge/Clerk - Note**
SUMMONS SENT TO JCSD FOR SERVICE; SUMMONS NOT ISSUED FOR US BUREAU OF

ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES DUE TO NOT HAVING AN ADDRESS FOR SERVICE

☐ **Notice**

ORDER FOR INFORMA PAUPERIS MAILED TO PLAINTIFF

☐ **Summons Issued-Circuit**

Document ID: 21-SMCC-481, for JEFFERSON COUNTY MISSOURI.

☐ **Summons Issued-Circuit**

Document ID: 21-SMCC-480, for JEFFERSON COUNTY PROSECUTING ATTORNEY.

☐ **Summons Issued-Circuit**

Document ID: 21-SMCC-479, for JEFFERSON COUNTY SHERIFFS DEPT.

☐ **Ord Allow In Forma Pauperis**

SO ORDERED: BRENDA STACEY, CIRCUIT JUDGE DIV. FOUR, PRESIDING JUDGE

**04/19/2021**  ☐ **Filing:**

ENVELOPES

**Filed By:** EARL G RICE JR

☐ **Correspondence Filed**

LETTERS TO CLERKS REGARDING FILINGS

**Filed By:** EARL G RICE JR

**04/15/2021**  ☐ **Petition Filed - No Fees**

PETITION FOR RELIEF OF VIOLATIONS OF CIVIL RIGHTS, INJURY TO PERSON AND LOSS BY THEFT AND DAMAGE TO PROPERTY, BOTH PERSONAL AND REAL

**04/13/2021**  ☐ **Mot to Proc In Forma Pauperis**

SENT TO PJ FOR APPROVAL

**Filed By:** EARL G RICE JR

☐ **Judge Assigned**



Search for Cases by: Select Search Method... ⌄

Judicial Links | eFiling | Help | Contact Us | Print    GrantedPublicAccess  Logoff JOSEPH_WHITENER

**21JE-CC00280 - EARL RICE V UNITED STATES BUREAU OF ALCOHOL ET AL (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

Further information may be available in the docket entries portion of Case.net. Because service of process may establish legal obligations, you may want to examine the original case file in the clerk's office.

Displaying **1** thru **2** of **3** service records returned for case **21JE-CC00280**.

**1** 2 >>

### Issuance

| | |
|---|---|
| **Issued To:** JEFFERSON COUNTY PROSECUTING ATTORNEY | **Date Issued:** 04/21/2021 |
| **Document Issued:** Summons Civil Case-To Dft-Res | **Due Date:** 05/21/2021 |
| **Document ID:** 21-SMCC-480 | |

### Return

| | |
|---|---|
| **Type Of Service:** Family Member/Roommate Served | **Service/Attempt Date:** 04/22/2021 |
| **Served To:** JEFFERSON COUNTY PROSECUTING ATTORNEY | |
| **Service Text:** SERVED TO LINDSEY WHALEN | |

### Issuance

| | |
|---|---|
| **Issued To:** JEFFERSON COUNTY SHERIFFS DEPT | **Date Issued:** 04/21/2021 |
| **Document Issued:** Summons Civil Case-To Dft-Res | **Due Date:** 05/21/2021 |
| **Document ID:** 21-SMCC-479 | |

### Return

| | |
|---|---|
| **Type Of Service:** Family Member/Roommate Served | **Service/Attempt Date:** 04/22/2021 |
| **Served To:** JEFFERSON COUNTY SHERIFFS DEPT | |
| **Service Text:** SERVED TO PAIGE LAIBEN | |

Displaying **1** thru **2** of **3** service records returned for case **21JE-CC00280**.

**1** 2 >>



Your Missouri Courts

ase.net

Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print    GrantedPublicAccess  Logoff JOSEPH_WHITENER

**21JE-CC00280 - EARL RICE V UNITED STATES BUREAU OF ALCOHOL ET AL (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

Further information may be available in the docket entries portion of Case.net. Because service of process may establish legal obligations, you may want to examine the original case file in the clerk's office.

Displaying **3** thru **3** of **3** service records returned for case **21JE-CC00280**.

<< **1** 2

| Issuance | |
|---|---|
| **Issued To:** JEFFERSON COUNTY MISSOURI | **Date Issued:** 04/21/2021 |
| **Document Issued:** Summons Civil Case-To Dft-Res | **Due Date:** 05/21/2021 |
| **Document ID:** 21-SMCC-481 | |

| Return | |
|---|---|
| **Type Of Service:** Family Member/Roommate Served | **Service/Attempt Date:** 04/22/2021 |
| **Served To:** JEFFERSON COUNTY MISSOURI | |
| 729 MAPLE STREET HILLSBORO , MO 63050 | |
| **Service Text:** SERVED TO PAIGE LAIBEN | |

Displaying **3** thru **3** of **3** service records returned for case **21JE-CC00280**.

<< **1** 2

IN THE CIRCUIT COURT OF THE TWENTY THIRD
JUDICIAL CIRCUIT OF MISSOURI AT HILLSBORO,
JEFFERSON COUNTY, MISSOURI

Earl G. Rice, Plaintiff        )
vs.                            )
                               )
The United States, and,        )
yet unknown Agents of the Department )
of Justice, and,               )
The Bureau of Alcohol, Tobacco, Fire- )
arms, and Explosives, and,     )
BATFE Special Agent Michael McGrath, )
et al., and,                   )
                               )
                               )
The State of Missouri, and,    )     Cause No. 24t-CC00280
yet unknown Agents of Missouri, and, )   Div. No.   5
the 23rd Circuits Prosecutors Office, and, )  Judge  Mulenbrink
Prosecutor Forrest Wegge, and, )
Assistant Prosecutor Trisha Stefanski, and, )
Division VI Judge Troy Cardona, et al., and, )
                               )
Jefferson County, Missouri, and, )
yet unknown Agents of Jefferson County, and, )
Jefferson County Sheriffs Office, and, )
Sheriff David L. Marshak, and, )
yet unknown Jefferson County Sheriff's )
Deputies and Employees, and, )
Deputy Gerry Williams 179, and, )
Deputy Matt Rhees 714, and, )
Deputy Green 316, and, )
Deputy Valentine 514, and, )
Jefferson County Jail, and, )
yet unknown Employees of )
Jefferson County Jail, and, )
Deputy in charge of Operations and )
administration William McDaniel, and, )

Employee Guard Fields, and, )
Employee Clerk Brenda Short, et al. )

PETITION FOR RELIEF OF VIOLATIONS OF CIVIL
RIGHTS, INJURY TO PERSON AND LOSS BY THEFT AND
DAMAGE TO PROPERTY, BOTH PERSONAL AND REAL

Comes now Plaintiff Earl G. Rice (PER), and for his
Petition for Relief from his Complaint of ongoing Rights
Violations, his Continued injury, and still accruing
Damages to his Personal and Real Property does state
the following:

That for this cause the 23rd Judicial Circuit Court of
Missouri is the proper Court of Record described in RSMo
506.110-2, and that this Court has Territorial Jurisdiction,
and under RSMo 506.290, has Venue, in that the Violations
of PERs Civil Rights he complains of did begin in this
23rd Circuit Court at Hillsboro, in Jefferson County, and
the continued injury to his person, accruing loss, and
ongoing damage to his personal and real property by
execution of a warrant for his arrest, that while facially
valid, was under Color of Law, by and through agents
and employees of Jefferson County, which did occur
at PERs residence in Jefferson County Missouri.

And at the number of defendant entities, their defendant
agents and employees, and the conspiratorial nature of this
cause, and or causes as described in RSMo 506.110-1(1), that
this Petition and Complaint may, under RSMo 509.070, be
two claims joined, or, possible multiple severable
causes, that, requiring due diligence in discovery and
amendment to PERs Petition and Complaint.

2.

The conduct PER is complaining of is supported by documentation in case files regarding all cited cause numbers in the 23rd Circuit, and begins with PERs arrest June 14, 2017, and arraignment in front of Timothy Miller, Div. 14, against APA Thomas Hollingsworth, wherein PER did post bond and enter pro se (see: memo of entry filed Oct. 30, 2017) in cause no. 17JE-CRO1744 (17JE).

This new cause 17JE did occur shortly after PER settled cause no. 12JE-CRO2599 (12JE), in front of Mark Stoll, Div. 4, against Steven Jerrell, with 5 years Bench Probation, and while PER was currently on bond and scheduled for trial for cause no. 13-JE-CRO0094 (13JE) in front of Troy Cardona, Div 6, against APA Jacob Costello, when PER was arrested Feb. 14, 2018, in Belleville Illinois and (falsely) charged in cause no. 18-CF0233, since Nolle Prosequi'd.

All three 23rd Circuit APA's were aware of this charge in Illinois, and in conversations with each, PER was assured there would be no revokations as long as all PERs appearances were made and, on March 9, 2018, Mr. Hollingsworth files an amended complaint and, after hearing, 17JE moves to Div 6. March 13, 2018, PER receives 5 years Bench Probation for 13JE.

It should be noted that, both Div 4 and 6 Bench Probations were Court, not State supervised, with no State contract signed and neither Court forbidding him the possession of his legally owned firearms. It should also be noted these firearms were known to be in PERs possession as they had been Court Ordered to be returned (see: Motion to Return Seized Property filed March 24, 2010,

2.

and Mark Stolls Memo and Order to return same, filed July 9, 2010, cause no. 08JE-CR00066) from MSHP Troop C, and pre-dates the August 2014 Amendment to Missouri's Constitution Article I, sec. 23, of which PER is neither "convicted violent felon" nor "adjudicated a danger to self or others as a result of mental disorder or infirmity."

At this March 13, 2018, sentencing for 13JE, Mr. Costello, now APA for 17JE, reaffirms he will take no action to revoke bond on 17JE or probation on 13JE if all appearances are made; reminds PER of the upcoming hearing of April 30, 2018; and that he has all PERs contact information including PERs cell number logged in his phone from previously on 13JE and PER will continue pro se for 17JE.

It was, during this timeline, just prior to disposing 13JE that Agents of the United States Department of Justice, and namely BATFE, contacted the 23rd Circuit prosecutors office and conspired to bring federal firearms charges against PER, and how best to gain access to his home at 8456 Dittmer-Catawissa Road in Dittmer, within Jefferson County, and how to overcome BATFE's problem with its lack of jurisdiction on privately owned land not under federal control.

For whatever had been decided between Forrest Wegge and Trisha Stefanski, under pressure from the Agents of the D.O.J., Ms Stefanski chose not to use either Bench probation, chose to ignore she has seen PER many times enter pro se, and chose not to check the

4.

record for 17JE, Without consulting APA Costello, files Motion to Revoke Bond in 17JE on April 2, 2018.

And for reason(s) yet unknown to PER, and due to Agents and Employees of the United States and its Agencies of the D.O.J., who did forgo the D.O.J.'s long standing policy of the Rule of Comity and Doctrine of Abstention, did interfere with Sovereign State of Mo. criminal matters, ultimately violating PERs Right to be heard in a Court of Original Jurisdictoon (see: Mo. Const. Article 5, see 14(a), U.S. Const. 10th and 14th Amendments; and federal cause no. 4:18-cr-0571)

That through this interference APA Stefanski did, whether by mistake or intention, chose not to certify delivery of this change of process (see: Motion to Revoke Bond submitted by APA Stefanski April 2, 2018, in 17JE) nor did she notify PER by delivery of a copy of her "Motion" by any of, due to 13JE, the retained current contact information of PERs USPS address, Email address, or his cell phone number, of which the Div. 6 clerk had, Judge Troy Cardona was aware of, and APA Costello likewise had, which action did violate PERS, as pro se attorney of record for the defense, Right to Due Process (see: Mo. Const. Article 1, sec 10, and U.S. Const. 5th and 14th Amendments)

This conduct of the aforementioned defendants set in motion a whole series of further ongoing Rights Violations, continued injury, and damages still accruing to PER in that, and without the use of regular Jefferson County Sheriff's patrolmen to execute this "arrest only" warrant, Agents and

5.

Employees of the 23rd Circuit Prosecutors Office and U.S. D.O.J., namely BATFE, did conspire with Agents and Employees of the Jefferson County Sheriff's Office to use, in executing this arrest only warrant, the former "Jefferson County Drug Task Force" which, due to bad Police work resulting in lawsuits, did change their name to "Metropolitan Efforcement Group", of which some 10 agents, in S.W.A.T. formation, were used to execute an arrest warrant over Driving While Intoxicated, a traffic ticket.

They did arrive at PERs place of residence, 22:22 or 10:22pm on April 11, 2018, and with BATFE Special Agent McGrath, on "standby" and arriving shortly thereafter, did pull PER from the door of his residence and, at gunpoint, by fear and under threat of death, forced him to leave this door open, then immediately, In Lieu Of Search Warrant at 10:23pm, did proceed to begin the 3 hour continuous search of PERS residence, as witnessed by PER, for approximately the first hour, or untill his eventual transportation to Jefferson County Jail.

Irregardless of any possible oral testimony by defendant Sheriff's deputies, evidence can prove the circumstances and timeline as stated in reports corresponding to this incident

described in reports (see: Jefferson County Sheriffs Office Report no. 18-11530, their supplement report #1, and BATFE report no. 779050-18-0065) are untrue, and that this search and seizure, while executing a "traffiz" warrant for arrest only, being under Color of Law did appear facially valid, it, nor PER authorized the continuous search begun at 10:23pm on April 11, 2018, and completed no later than 1:27am on April 12, 2018, which was assisted by Special Agent McGrath of BATFE, again, completed before signing of Application for Search (see: Affidavit and Application for Search Warrant signed by Div. 2 Judge D. Missey on 1:29am April 12, 2018) Warrant at 1:29am the following day of April 12, 2018.

That this conduct at PERs residence by both defendant Sheriffs deputies and S.A. McGrath, which none of whom had authorization for entrance, much less a valid warrant for this "unreasonable search and seizure" of PERs Real and Personal Property, by execution of an arrest only traffic warrant (see: Warrant for Arrest no. W41549297, signed by defendant Judge Cardona and corresponding "traffic" citations no. (s) 16 0052125, 26, and 27) was in direct violation of PERs right to his Lawfully returned and Legally possessed firearms (see: Mo. Const. Art. 1, sec. 23; and U.S. Const. 2nd Amd.), and his right "to be secure in his person, house, papers, and effects" (see: Mo. Const. Art. 1, sec. 15 and U.S. Const. 4th Amd.)

Again, after watching this illegal entry and the beginning of, at 10:23pm, the unlawful search, which

7.

did continue un-abated for approximately 1 hour
before PER was transported to Jefferson County
Jail where, before describing the many violations
to his rights and injuries caused there, PER does
again state that the above mentioned "traffic warrant"
signed on April 3, 2018, by defendant Judge Cardona
was, as a result of pressure from, and on behalf of
the U.S., to hold PER, initially for the first 4 months
incarceration at said jail, and did maintain this
warrant, detaining PER by refusing to set, exces-
sive or otherwise, bail (see: Mo. Const. Art. 1, sec
20, and U.S. Const. 5th Amd.) for the express pur-
pose of holding PER untill the U.S. could charge
him for his Lawfully returned firearms the Courts
of the 23rd Circuit would not charge him for poss-
ession of, and this warrant detaining PER, was
used as an excuse for and by the U.S. to detain him,
untill Mark Stoll's Lovely replacement in Div. 4, the
Right Honorable Brenda Stacey, did step in to
Nolle Prosequi the 17JE cause, and Terminate,
with all Conditions, e.g., Suspended Imposition
of Sentence, remaining in place for the 12JE and
13JE Bench Probations, as per her and PERs
conversation on July 8, 2019, when said prob-
ations were terminated, that she would handle
all 3 cases to reduce the chance of contact
between PER as a witness against defendant
Judge Cardona.

And to the conditions at Jefferson County Jail,
its Agents and Employees actions and conduct from
April 11, 2018, on twards PER as, under the Rules of Social
Security Disability, a 100% disabled person, in that as

8.

PER was previously incarcerated in that facility, that many of the same individuals still at said jail, including its medical services staff and, in particular Sheriffs deputy in charge of operations William McDaniel were aware, and were again made aware of PERs disability by his filling out of Medical Records Release, requests, greivances, appeals of those denied requests to even classify PER as disabled, much less provide proper medical care, dispense his medications as prescribed (see: Motion to Modify Terms of Incarceration, Ordered by Div. 4 Mark Stoll on Jan 13, 2012, in cause no. 07JE-CR01485), which did violate PERs right against "cruel and unusual punishment" (see: Mo. Const. Art. I, sec. 24, and U.S. Const. 8th Amd.), or to provide requested handicap aminities

And that said jail, its Agents and Employees, did refuse to acknowledge PER was pro se in 17JE, did refuse his requests for indigent supplies, e.g., paper and pen, for him to write and send in the "in house mail system" his Motions, requests of Clerk, or any other filing(s), did refuse his repeated requests for adequate Law Library, as evidenced by the aforementioned "requests, greivance, and appeals", which action(s) did violate PERs right to access to the Courts (see: Mo. Const. Art. I, sec 14, and U.S. Const. 1st Amd.), which did cause PER further delay in access to the Courts and increased his financial loss in that, this conduct by said jail necessitated PER to hire counsel to motion before the courts.

And that these actions by the above named, and yet to be named defendants, who have caused to

9.

PER ongoing violations of his rights, continued injury to his person, and still accruing monetary damages, that relief from his rights violations will be made possible by a finding of "arrest warrant" under Color of Law was void, and relief from PERs monetary damages, in that under RSMo 509.050-1 (2) PER does state for his claim for relief of said damage of approximately some $750,000.00 which, if his real property is foreclosed upon for nonpayment of taxation, that sum, though uncertain untill full discovery, will approach some $850,000.00; PER does request of the Court an Order for fair and equitable restitution of his still accruing losses, and also for punitive damages, to be determined by individual, befitting the severity of their actions comitted against PER, who does reserve the right to amend these pleadings accordingly.

Wherefore PER does pray this Honorable Court hear his cause or causes for civil action and enter an Order on these these actions for Relief from his above described Rights violations, restitution and interest due his damage from loss, and fair punitive damages against the above named and yet to be named defendants.

Respectfully Submitted this April 10, 2021 by:

Earl G. Rice, Plaintiff
Monroe Co. Jail
225 E. 3rd Street
Waterloo, IL. 62298

10.

April 10, 2021

To Michael Reuter, Clerk of Court,

   Due to the need to recopy this first part of "Petition for Relief" and page limitations per stamped envelope, this portion of the "Petition", which is what the previously sent second part, or "attachment" of "Consolidated Application" is to be attached to, was put in the Monroe County, Illinois jail mail system on April 10, 2021. Please look for the final portion of my "Petition for Relief" and assemble the three mailings, in order, and when a cause number and judge are assigned, please send a copy to myself at the address below.

Thank you,

EARL G. RICE, Plaintiff

Earl G. Rice
Monroe County jail
225 E. 3rd Street
Waterloo, IL. 62298

↓ J. HONEA, SEE BELOW↓

Earl G. Rice
Monroe Co. Jail
225 E. 3rd Street
Waterloo, IL. 62298

F I L E D
↓ APR 1 9 2021
MICHAEL E. REUTER
CIRCUIT CLERK

Michael E. Rueter, Clerk of Court
    This original copy of my "Consolidated Application,
Motion, and Request" is actually the second document
and supposed to be attached to my "Petition for Relief"
to initiate a civil action in the 23rd Circuit courts.
    I found a mistake in the first document which needed
to be re-copied. I've put this attachment in the Monroe
County IL. jails mail system the 9th of April, 2021, and
it may reach you a day before the "Petition" which
will go in the jails mail system the 10th. Please date
stamp and file these originals, make copies, and
when a cause number and judge are assigned, please
send a copy to my return address above.
            Thank you,
            Earl G. Rice, Plaintiff

April 16, 2021
Dear J. Honea,
    I've returned this "second document", WITH your
"Motion and Affidavit" form filled out and enclosed, as I
feel this was mistakenly sent back to me, instead of
being held until all the documents in my 3 mailings could
be assembled in the order of:
1. → 2nd and 3rd mailings put together as "Petition for Relief";
2. → 1st mailing of "Consolidated App./Motion/Request" attached.
    Please re-read the above request, paying particular
attention to the now underlined words.
            Thank you,
            Earl G. Rice, Plaintiff

FILED April 10, 2021

Michael Reuter, Clerk of Court,

APR 1 9 2021

MICHAEL E. REUTER
CIRCUIT CLERK

Attn: Ms. Vickie Skaggs,

Dear Ms. Skaggs,

I hope this letter finds you well, and as in a previous records request date stamped Oct. 7, 2019, I complained of mail tampering which was at the request of employees of the U.S. marshals service while I was at the St. Gen jail, of whom I am still under detention by at this jail.

Ms. Skaggs, for that same reason, and like you did before with that last request, please include copies of the envelopes fronts these new filings were sent in.

To these new filings, this third mailing, which was placed in this jails mail system April 11, 2021, is the second portion of the initial filing of my "Petition for Relief".

Please assemble the two portions so they are paginated correctly, attach my "Consolidated Application" I sent first due to a copying error, please make copies, file the originals, and when a case number and judge are assigned, send a copy of this filing to myself at the address below.

And to the other forms I will need (considering the number of named and possible future defendants), please send 30 subpoena forms to begin with. Also, if there are any forms available to indigent individuals in my situation (as we have no access to a law library, internet, or any way to research whats available from your office) please include 1 copy each of Civil Complaint / Waiver of Costs / Waiver of electronic filing, etc., and instructions for each, for any future filings with your return mailing.

Last, for this request, as indigent I ask you waive all costs associated with this request. Thank You in advance,

Earl G. Rice, Monroe Co. jail
225 E. 3rd Street
Waterloo, IL 62298

Earl G. Rice, Plaintiff

Earl Rice
Monroe Co. Jail
225 E. 3rd Street
Waterloo, IL. 62298

Confidential

Privileged

SAINT LOUIS MO  630

16 APR 2021  PM 2  L

Michael E. Reuter
Clerk of Court
P.O. Box 100
Hillsboro, Mo. 63050

Legal Mail

63050-010000

SAINT LOUIS MO 630

17 APR 2021 PM 5 L

Legal Mail
0416500 1

Confidential

ATTN: S. Honea
Michael E. Reuter
23rd Circuit Clerk of Court
P.O. Box 100
Hillsboro, Mo. 63050

63050-010000

Earl Rice
Monroe Co. jail
225 E. 3rd St.
Waterloo, IL. 62298

Privileged

Earl Rize
Monroe CB. jail
225 E. 3rd St.
Waterloo, IL 62298

Pr'Vileged

SAINT LOUIS MO  630

13 APR 2021   PM 6   L

Michael E. Reuter
23rd Circuit Clerk of Court
P.O. Box 100
Hillsboro, Mo. 63050

63050-010000

Confidential

IN THE _23rd_ JUDICIAL CIRCUIT COURT, _Jefferson County_, MISSOURI

_21JF-CC00280_

| | |
|---|---|
| Judge or Division: _To Be Assigned_ | Case Number: _To Be Assigned_ |
| Petitioner: _Earl G. Rice_  VS. | Petitioner's Address/Telephone: _Monroe Co. Jail_ _225 E. 3rd St._ _Waterloo, IL. 62298_ |
| Respondent: _Jefferson Co, Missouri_ _Sheriff David L. Marshak,_ _et al._ | Respondent's Address/Telephone: _Jefferson Co., And_ _400, 1st St._ _Hillsboro, MO. 63050_ |

FILED
APR 13 2021
MICHAEL E. REUTER
CIRCUIT CLERK

(Date File Stamp)

## Motion and Affidavit in Support of Request to Proceed As a Poor Person

| Marital Status: _Divorced_ | If Married, Spouse's name: | Number of dependents: _0_ |
|---|---|---|

(Include Spouse's Income and Expenses if Married)

| Monthly Income | | Monthly Expenses | |
|---|---|---|---|
| Gross salary (before deductions) | $ _0_ | ☐ Mortgage   ☐ Rent Payment | $ _0_ |
| Public assistance | $ _0_ | Utilities | $ _0_ |
| Retirement/Pension | $ _0_ | Food | $ _0_ |
| Social Security | $ _0_ | Payment on debts & credit cards | $ _0_ |
| Child Support | $ _0_ | Child Support | $ _0_ |
| Maintenance | $ _0_ | Maintenance | $ _0_ |
| Other income to be considered | $ _0_ | Medical expenses to be considered | $ _0_ |
| **Total Monthly Income** | $ _0_ | **Total Monthly Expenses** | $ _0_ |

| Assets | | Debts | |
|---|---|---|---|
| Cash on Hand | $ _0_ | Home loan balance | $ _0_ |
| Bank Accounts: | | Automobile loan(s) | $ _0_ |
| Checking | $ _0_ | Credit card balance(s) | $ _-1,350.00_ |
| Savings | $ _0_ | Other debts to be considered | |
| Approximate value of home | $ _Foreclosure_ | _3yrs interest on_ | $ _____ |
| And/or other real estate | $ _____ | _outstanding credit_ | $ _____ |
| Approximate value of automobile(s) | $ _stolen_ | _card debt, and_ | $ _____ |
| (1) yr/make _____ | | _See debt on_ | $ _____ |
| (2) yr/make _____ | | _"Resident Transaction"_ | $ _-260.03_ |
| Approximate value of personal | | SO ORDERED | |
| Possessions (list) | | _[signature]_ | |
| _____ | $ _0_ | **Apr 21, 2021, 1:53 pm** | |
| _____ | $ _____ | CIRCUIT JUDGE | |
| _____ | $ _____ | DIVISION FOUR | |
| **Total Assets** | $ _0_ | **Total Debts** | $ _1,610.03 +_ |

I swear/affirm under penalty of perjury that these facts are true to my best knowledge and belief.

_Original posting Date of_
_April 9/10, 2021_
_____
Date

_[signature]_
_____
Your Signature

# Resident Transaction Details

Transactions From 1/16/2020 12:00 AM to 3/19/2021 11:59 PM

## 6175301 : Rice, Earl G

| Main Balance: | $0.00 |
|---|---|
| INDIGENT SUPPLIES Debt: | $170.03 |
| Medical Debt: | $90.00 |

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 107760 | 3/16/2021 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 3/16/2021 REF-428 | | -$260.03 |
| 106948 | 3/9/2021 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 3/9/2021 REF-425 | | -$256.56 |
| 106134 | 3/2/2021 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 3/2/2021 REF-422 | | -$253.09 |
| 105265 | 2/23/2021 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 2/23/2021 REF-419 | | -$249.62 |
| 104383 | 2/16/2021 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 2/16/2021 REF-416 | | -$246.15 |
| 103546 | 2/9/2021 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 2/9/2021 REF-413 | | -$242.68 |
| 102848 | 2/2/2021 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 2/2/2021 REF-410 | | -$239.21 |
| 102235 | 1/26/2021 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 1/26/2021 REF-407 | | -$235.74 |
| 101537 | 1/19/2021 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 1/19/2021 REF-401 | | -$232.27 |

Confidential Property of Monroe County Jail

# 6175301 : Rice, Earl G

|  |  |  |  |  | Main Balance: | $0.00 |  |
|  |  |  |  |  | INDIGENT SUPPLIES Debt: | $170.03 |  |
|  |  |  |  |  | Medical Debt: | $90.00 |  |

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 100773 | 1/12/2021 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 1/12/2021 REF:397 | | -$228.80 |
| 100118 | 1/5/2021 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 1/5/2021 REF:394 | | -$225.33 |
| 99120 | 12/28/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 12/28/2020 REF:390 | | -$221.86 |
| 97758 | 12/15/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 12/15/2020 REF:385 | | -$218.39 |
| 97165 | 12/8/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 12/8/2020 REF:382 | | -$214.92 |
| 96602 | 12/1/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 12/1/2020 REF:379 | | -$211.45 |
| 96259 | 11/24/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 11/24/2020 REF:376 | | -$207.98 |
| 95843 | 11/17/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 11/17/2020 REF:373 | | -$204.51 |
| 95361 | 11/10/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 11/10/2020 REF:370 | | -$201.04 |
| 94744 | 11/3/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 11/3/2020 REF:367 | | -$197.57 |
| 94085 | 10/26/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 10/26/2020 REF:363 | | -$194.10 |
| 93550 | 10/20/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 10/20/2020 REF:361 | | -$190.63 |

Confidential Property of Monroe County Jail

# 6175301 : Rice, Earl G

| | | | | | Main Balance: | $0.00 |
|---|---|---|---|---|---|---|
| | | | | | INDIGENT SUPPLIES Debt: | $170.03 |
| | | | | | Medical Debt: | $90.00 |

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 92906 | 10/13/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 10/13/2020 REF:358 | | -$187.16 |
| 90685 | 10/6/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 10/6/2020 REF:355 | | -$183.69 |
| 89945 | 9/29/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 9/29/2020 REF:352 | | -$180.22 |
| 89252 | 9/22/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : Indigent Kit | | -$176.75 |
| 88621 | 9/15/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 9/15/2020 REF:347 | | -$173.28 |
| 87917 | 9/8/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 9/8/2020 REF:344 | | -$169.81 |
| 87187 | 9/1/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 9/1/2020 REF:341 | | -$166.34 |
| 86503 | 8/25/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 8/25/2020 REF:337 | | -$162.87 |
| 85800 | 8/18/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 8/18/2020 REF:334 | | -$159.40 |
| 85047 | 8/11/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 8/11/2020 REF:331 | | -$155.93 |
| 84408 | 8/4/2020 | Bill | $45.00 | $0.00 | Medical : ORAL SURGEON 7/29/20_J1 | | -$152.46 |
| 84296 | 8/3/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 8/3/2020 REF:323 | | -$107.46 |
| 82675 | 7/28/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES | | -$103.99 |

Confidential Property of Monroe County Jail

# 6175301 : Rice, Earl G

Main Balance: $0.00
INDIGENT SUPPLIES Debt: $170.03
Medical Debt: $90.00

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 82661 | 7/27/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : Indigent Kit 7/28/2020 REF:319 | | -$100.52 |
| 82014 | 7/21/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 7/21/2020 REF:316 | | -$97.05 |
| 81253 | 7/13/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 7/13/2020 REF:310 | | -$93.58 |
| 80696 | 7/6/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 7/6/2020 REF:305 | | -$90.11 |
| 80090 | 6/29/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : Indigent Kit | | -$86.64 |
| 78667 | 6/23/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : Indigent Kit 6/23/2020 REF:301 | | -$83.17 |
| 77751 | 6/9/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 6/9/2020 REF:296 | | -$79.70 |
| 77210 | 6/2/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : Indigent Kit | | -$76.23 |
| 76734 | 5/26/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 5/26/2020 REF:292 | | -$72.76 |
| 75766 | 5/11/2020 | BillPay | | | PAYMENT FOR TRANS 75350 TO INDIGENT SUPPLIES : INDIGENT SUPPLIES 5/5/2020 REF:280 : PAID IN FULL | -$3.47 | -$69.29 |
| 75765 | 5/11/2020 | CredPay | | | PAYMENT FOR TRANS 75764 | $3.47 | -$69.29 |
| 75764 | 5/11/2020 | Credit | $3.47 | $3.47 | INDIGENT SUPPLIES : INDIGENT SUPPLIES CREDIT 5/11/2020 REF:283 | | -$72.76 |
| 75350 | 5/5/2020 | Bill | $3.47 | $3.47 | INDIGENT SUPPLIES : INDIGENT SUPPLIES | | -$72.76 |

Confidential Property of Monroe County Jail

# 6175301 : Rice, Earl G

| | | | | | Main Balance: | $0.00 |
| | | | | | INDIGENT SUPPLIES Debt: | $170.03 |
| | | | | | Medical Debt: | $90.00 |

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| | | | | | 5/5/2020 REF:280 | | |
| 73444 | 4/28/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 4/28/2020 REF:277 | | -$69.29 |
| 72743 | 4/18/2020 | Bill | $15.00 | $0.00 | Medical : Nurse Visit | | -$65.82 |
| 71484 | 4/13/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 4/13/2020 REF:264 | | -$50.82 |
| 70665 | 3/31/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 3/31/2020 REF:259 | | -$47.35 |
| 68262 | 3/17/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 3/17/2020 REF:253 | | -$43.88 |
| 64927 | 3/3/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 3/3/2020 REF:248 | | -$40.41 |
| 63354 | 2/17/2020 | Bill | $15.00 | $0.00 | Medical : sick call with doctor 02/17/2020 J1 | | -$36.94 |
| 62900 | 2/11/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 2/11/2020 REF:241 | | -$21.94 |
| 62855 | 2/10/2020 | Bill | $15.00 | $0.00 | Medical : sick call on 02/06/2020 J1 | | -$18.47 |
| 62854 | 2/10/2020 | BillVoid | $20.00 | $0.00 | VOID TRANS 62853 : should not have added medication to bill | | -$3.47 |
| 62853 | 2/10/2020 | Bill | $20.00 | $0.00 | Medical : sick call plus medication order on 02/06/2020 J1 | | -$23.47 |
| 61990 | 1/28/2020 | Bill | $3.47 | $0.00 | INDIGENT SUPPLIES : INDIGENT SUPPLIES 1/28/2020 REF:236 | | -$3.47 |
| 61274 | 1/16/2020 | Open | | $0.00 | OPENING ACCOUNT | $0.00 | $0.00 |

Confidential Property of Monroe County Jail

IN THE CIRCUIT COURT OF THE TWENTY THIRD JUDICIAL CIRCUIT
OF MISSOURI AT HILLSBORO, JEFFERSON COUNTY, MISSOURI

FILED

APR 13 2021

MICHAEL E. REUTER
CIRCUIT CLERK

Earl G. Rice, Plaintiff          )
VS.                              )
Jefferson County, Missouri,       ) Cause No. and Judge to be assigned
Sheriff David L. Marshak,         )
et. al.,          Defendants )

CONSOLIDATED   APPLICATION  FOR  WAIVER OF COURT
COSTS, MOTION  FOR ORDER OF  WAIVER OF COURT
COSTS, AND REQUEST OF THE COURT TO
ASSIGN COUNSEL TO PLAINTIFF AS PAUPER

Comes now Plaintiff Earl G. Rice (PER), and for his
Consolidated Application, Motion, and Request (Consol-
idation) states as follows:

For his application to waive court costs pertaining to
PERs Complaint and Civil action, what is described in
RSMo 488.020 as "ALL costs payable before services
rendered ... or when costs are waived as provided by
law", in that while PER is not under sentence for any
crime, he has since April 11, 2018, been continuously
and still currently imprisoned under Color of Law (see
Missouri 8ᵗʰ Circuit District Court cause no. 4:18-cr-
00571) for the alleged conduct of the defendants PER
has named, and others he will name, in his complaint,
and he does, under RSMo 506.366, submit a request to
this court to proceed without the prepayment of court
costs and waiver thereof (see attached inmate account
"Resident Transaction Details").

PER does state for the record, as a result of the
actions taken against him the night of April 11, 2018,
he has lost everything tangible of value, has no income,
has been indigent for the past 36 months, and due

to non-payment of real estate taxes this past 3 years, assumes his property and home at the address 8456 Dittmer-Catawissa Road, Dittmer, Mo. will be foreclosed upon.

For this reason PER prays this Honorable Court grant his Application for Waiver of Court costs.

For PERs Motion for Order of Waiver of Court Costs, to include costs or charges of: filing, service of process, publication, mediation, and the Courts appointment of counsel, that as to the allegations contained in PERs Petition for Civil Action and redress of his ongoing injury and accruing damages, combined with the reason(s) and documentations provided above, PER does pray, that with the grant of Waiver, this Honorable Court enter an Order for the Waiver of Court Costs outlined above.

And for PERs Request of the Court, as under RSMo 574.040, that if the Court understands, the terrible circumstances he is currently experiancing, and the Court be satisfied he is now a poor person, imprisoned with no legal resources and cannot, with the nature of his Civil Action Petitioned for, adequately argue this cause himself, therefore, his need for representation and, if in the Courts discretion, it assigns counsel trained in Civil Litigation to represent him, without tax, fee, or charge, that PER understands, if judgement be in his favor, court costs and attorney fees would be recovered.

Wherefore PER prays this Honorable Court grant his request as a poor person and does assign him counsel. Thank you. Respectfully submitted April 9, 2021.
Earl G. Rice



## IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>VICTOR JOSEPH MELENBRINK | Case Number:  21JE-CC00280 |
| Plaintiff/Petitioner:<br>EARL G RICE JR<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>EARL G RICE JR<br>225 E. 3RD ST<br>WATERLOO, IL  62298 |
| Defendant/Respondent:<br> UNITED STATES BUREAU OF ALCOHOL,<br>TOBACCO, FIREARMS AND EXPL. | Court Address:<br>P O BOX 100<br>300 MAIN ST<br>HILLSBORO, MO  63050 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | <div align="right">(Date File Stamp)</div> |

## Summons in Civil Case

| | |
|---|---|
| **The State of Missouri to:  JEFFERSON COUNTY SHERIFFS DEPT**<br>**Alias:**<br><br>**400 1ST STREET**<br>**HILLSBORO, MO  63050**<br><br>***COURT SEAL OF***<br><br>***JEFFERSON COUNTY*** | |

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

APRIL 21, 2021          MICHAEL E. REUTER, CIRCUIT CLERK
BY: /s/ J. HONEA, DEPUTY CLERK

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____      _____
<div align="center">Printed Name of Sheriff or Server                          Signature of Sheriff or Server</div>

<div align="center">**Must be sworn before a notary public if not served by an authorized officer:**</div>

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____      _____
<div align="center">Date                              Notary Public</div>

| | |
|---|---|
| **Sheriff's Fees, if applicable** | |
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



## IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>VICTOR JOSEPH MELENBRINK | **Case Number:  21JE-CC00280** |
| Plaintiff/Petitioner:<br>EARL G RICE JR | Plaintiff's/Petitioner's Attorney/Address<br>EARL G RICE JR<br>225 E. 3RD ST<br>WATERLOO, IL  62298 |
| vs. | |
| Defendant/Respondent:<br> UNITED STATES BUREAU OF ALCOHOL,<br>TOBACCO, FIREARMS AND EXPL. | Court Address:<br>P O BOX 100<br>300 MAIN ST<br>HILLSBORO, MO  63050 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  JEFFERSON COUNTY PROSECUTING ATTORNEY
                           Alias:

**300 MAIN STREET**
**HILLSBORO, MO  63050**

*COURT SEAL OF*



*JEFFERSON COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

APRIL 21, 2021                        MICHAEL E. REUTER, CIRCUIT CLERK
                                      BY: /s/ J. HONEA, DEPUTY CLERK

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
      Printed Name of Sheriff or Server                     Signature of Sheriff or Server
         **Must be sworn before a notary public if not served by an authorized officer:**

                        Subscribed and sworn to before me on _____ (date).

*(Seal)*

                        My commission expires: _____          _____
                                                      Date                        Notary Public

| **Sheriff's Fees, if applicable** | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



## IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>VICTOR JOSEPH MELENBRINK | **Case Number:  21JE-CC00280** |
| Plaintiff/Petitioner:<br>EARL G RICE JR | Plaintiff's/Petitioner's Attorney/Address<br>EARL G RICE JR<br>225 E. 3RD ST<br>WATERLOO, IL  62298 |
| vs. | |
| Defendant/Respondent:<br> UNITED STATES BUREAU OF ALCOHOL,<br>TOBACCO, FIREARMS AND EXPL. | Court Address:<br>P O BOX 100<br>300 MAIN ST<br>HILLSBORO, MO  63050 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:  JEFFERSON COUNTY MISSOURI**
**Alias:**

**729 MAPLE STREET**
**HILLSBORO, MO  63050**

*COURT SEAL OF*



*JEFFERSON COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

APRIL 21, 2021                    MICHAEL E. REUTER, CIRCUIT CLERK
                                 BY: /s/ J. HONEA, DEPUTY CLERK

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
     Printed Name of Sheriff or Server                              Signature of Sheriff or Server
            **Must be sworn before a notary public if not served by an authorized officer:**

                    Subscribed and sworn to before me on _____ (date).

*(Seal)*

                    My commission expires: _____          _____
                                                            Date                              Notary Public

| **Sheriff's Fees, if applicable** | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ ( _____ miles @ $._____ per mile) | |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

## NOTICE OF ENTRY
(SUPREME COURT RULE 74.03)

### In The 23rd Judicial Circuit Court, Jefferson County, Missouri
P O BOX 100, 300 MAIN ST, HILLSBORO, MISSOURI 63050

**EARL RICE V UNITED STATES BUREAU OF ALCOHOL ET AL**                    **CASE NO : 21JE-CC00280**

To:     File

YOU ARE HEREBY NOTIFIED that the court duly entered the following:

| **Filing Date** | **Description** |
| --- | --- |
| 21-Apr-2021 | Ord Allow In Forma Pauperis |
|  | SO ORDERED:  BRENDA STACEY, CIRCUIT JUDGE DIV. FOUR, PRESIDING JUDGE |

_____
                                        Clerk of Court

CC:            File

ECC:

Date Printed : 21-Apr-2021

# SHERIFF'S RETURN



## IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI

| Judge or Division:<br>VICTOR JOSEPH MELENBRINK | Case Number: 21JE-CC00280 |
|---|---|
| Plaintiff/Petitioner:<br>EARL G RICE JR<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>EARL G RICE JR<br>225 E. 3RD ST<br>WATERLOO, IL 62298 |
| Defendant/Respondent:<br>UNITED STATES BUREAU OF ALCOHOL,<br>TOBACCO, FIREARMS AND EXPL. | Court Address:<br>P O BOX 100<br>300 MAIN ST<br>HILLSBORO, MO 63050 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | |

**DAVID L. MARSHAK**
Sheriff, Jefferson County, MO
**APR 22 2021**
**RECEIVED**
(Date File Stamp)

FILED
APR 27 2021
MICHAEL E. REUTER
CIRCUIT CLERK

## Summons in Civil Case

| The State of Missouri to:   JEFFERSON COUNTY PROSECUTING ATTORNEY |
|---|

Alias:

300 MAIN STREET
HILLSBORO, MO 63050

**COURT SEAL OF**

**JEFFERSON COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

APRIL 21, 2021          MICHAEL E. REUTER, CIRCUIT CLERK
                        BY: /s/ J. HONEA, DEPUTY CLERK

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☑ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with ___Lindsey Whaley___, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).

☐ other: _____

Served at ___300 Main St.___ (address)

in ___Jefferson___ (County/City of St. Louis), MO, on ___4.22.21___ (date) at ___1720___ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____

                        Date                                    Notary Public

### Sheriff's Fees, if applicable

| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | ___informa pauperis___ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $___10.00___ | |
| Mileage | $_____ | (_____ miles @ $_____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# SHERIFF'S RETURN



## IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI

| Judge or Division: VICTOR JOSEPH MELENBRINK | Case Number: 21JE-CC00280 |
|---|---|
| Plaintiff/Petitioner: EARL G RICE JR | Plaintiff's/Petitioner's Attorney/Address EARL G RICE JR 225 E. 3RD ST WATERLOO, IL 62298 |
| vs. | Court Address: P O BOX 100 300 MAIN ST HILLSBORO, MO 63050 |
| Defendant/Respondent: UNITED STATES BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPL. | |
| Nature of Suit: CC Other Miscellaneous Actions | |

**DAVID L. MARSH**
Sheriff, Jefferson County, MO

APR 22 2021

**RECEIVED**

(Date File Stamp)

**F I L E D**

APR 27 2021

MICHAEL E. REUTER
CIRCUIT CLERK

## Summons in Civil Case

**The State of Missouri to:** JEFFERSON COUNTY SHERIFFS DEPT
Alias:

400 1ST STREET
HILLSBORO, MO 63050

**COURT SEAL OF**

**JEFFERSON COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

APRIL 21, 2021            MICHAEL E. REUTER, CIRCUIT CLERK
                          BY: /s/ J. HONEA, DEPUTY CLERK

## Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☒ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _Paige Laben_, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).

☐ other: _____

Served at _729 Maple St_ (address)

in _Jefferson_ (County/City of St. Louis), MO, on _4-22-21_ (date) at _1730_ (time).

_____                    _____
Printed Name of Sheriff or Server            Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____

_____            _____
Date                          Notary Public

## Sheriff's Fees, if applicable

| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

_in forma pauperis_

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# SHERIFF'S RETURN



**IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI**

| Judge or Division:<br>VICTOR JOSEPH MELENBRINK | **Case Number: 21JE-CC00280** |
|---|---|
| Plaintiff/Petitioner:<br>EARL G RICE JR | Plaintiff's/Petitioner's Attorney/Address<br>EARL G RICE JR<br>225 E. 3RD ST<br>WATERLOO, IL 62298 |
| vs. | |
| Defendant/Respondent:<br>UNITED STATES BUREAU OF ALCOHOL,<br>TOBACCO, FIREARMS AND EXPL. | Court Address:<br>P O BOX 100<br>300 MAIN ST<br>HILLSBORO, MO 63050 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | |

**DAVID L. MARSH**
Sheriff, Jefferson County, MO

APR 22 2021
RECEIVED

F I L E D
APR 27 2021 (Date File Stamp)

## Summons in Civil Case

The State of Missouri to:  JEFFERSON COUNTY MISSOURI
**Alias:**

**729 MAPLE STREET**
**HILLSBORO, MO 63050**

MICHAEL E. REUTER
CIRCUIT CLERK

**COURT SEAL OF**

**JEFFERSON COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

APRIL 21, 2021          MICHAEL E. REUTER, CIRCUIT CLERK
                        BY: /s/ J. HONEA, DEPUTY CLERK

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☒ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _Paige La;hen_____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).

☐ other: _____.

Served at _729 MAPL_____ (address)

in _Jefferson_____ (County/City of St. Louis), MO, on _4-22-21_ (date) at _1730_ (time).

_____          _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____     _____
                        Date                Notary Public

| **Sheriff's Fees, if applicable** | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $___10.00___ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

"in forma Pauperis"

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - Jefferson - April 29, 2021 - 10:46 AM

IN THE CIRCUIT COURT OF THE TWENTY-THIRD JUDICIAL CIRCUIT
OF MISSOURI AT HILLSBORO, JEFFERSON COUNTY, MISSOURI

| | |
|---|---|
| STATE OF MISSOURI, | ) |
| Plaintiff, | ) |
| **vs.** | ) Cause No. 21JE-CC00280 |
| | ) |
| EARL GARNIER RICE JR., | ) |
| | ) |
| | ) |
| Defendant. | ) |

## FILING MEMORANDUM ASSIGNING
## ASSISTANT PROSECUTING ATTORNEY

COMES NOW the State of Missouri, by and through Jefferson County Prosecuting Attorney

Trisha C. Stefanski, and hereby advises the Court and the Circuit Clerk that Assistant Prosecuting

Attorney **Jacob Costello**, MBE **54874,** has been assigned to represent the State of Missouri on

behalf of the Office of the Jefferson County Prosecuting Attorney.  The undersigned requests that

all further e-filing notices in this matter be emailed to this assigned Assistant Prosecuting Attorney

only.

Respectfully submitted April 29, 2021:

_____
Trisha C. Stefanski   #57598
Prosecuting Attorney
Jefferson County Courthouse
300 Main Street
P.O. Box 100
Hillsboro, MO  63050
(636) 797-5321

Electronically Filed - Jefferson - May 05, 2021 - 01:30 PM

IN THE CIRCUIT COURT OF THE TWENTY-THIRD JUDICIAL CIRCUIT
OF MISSOURI AT HILLSBORO, JEFFERSON COUNTY, MISSOURI

| | |
|---|---|
| STATE OF MISSOURI, | ) |
| Plaintiff, | ) |
| **vs.** | ) Cause No. 21JE-CC00280 |
| | ) |
| EARL GARNIER RICE JR., | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW

COMES NOW the State of Missouri, by and through Assistant Prosecuting Attorney, Jacob Costello, respectfully requests leave to withdraw from the above styled case.
        .

Respectfully submitted this 3rd day
of May, 2021, by:

_____

Jacob Costello
Assistant Prosecuting Attorney
Mo Bar No. 5474
Jefferson County Courthouse
P.O. Box 100
Hillsboro, Missouri  63050
(636) 797-5321

Electronically Filed - Jefferson - May 05, 2021 - 01:30 PM

IN THE CIRCUIT COURT OF THE TWENTY-THIRD JUDICIAL CIRCUIT
OF MISSOURI AT HILLSBORO, JEFFERSON COUNTY, MISSOURI

STATE OF MISSOURI,                          )     EARL RICE V UNITED STATES BUREAU OF
                          Plaintiff,        )     ALCOHOL ET AL
**vs.**                                     ) Cause No. 21JE-CC00280
                                            )
EARL GARNIER RICE JR.,                      )
                          Defendant.        )

## MOTION TO WITHDRAW

COMES NOW the State of Missouri, by and through Assistant Prosecuting Attorney, Jacob Costello, respectfully requests leave to withdraw from the above styled case.
.

Respectfully submitted this 3rd day
of May, 2021, by:

Please file a substitution of counsel request so that the State of Missouri is not unrepresented in this matter.

May 13, 2021, 10:32 am   **J5**

_____
Jacob Costello
Assistant Prosecuting Attorney
Mo Bar No. 5474
Jefferson County Courthouse
P.O. Box 100
Hillsboro, Missouri  63050
(636) 797-5321

IN THE CIRCUIT COURT OF THE TWENTY THIRD JUDICIAL CIRCUIT
OF MISSOURI AT HILLSBORO, JEFFERSON COUNTY MISSOURI

EARL G. RICE JR                    )
                                   )
        VS                         )  Case No. 21-JE-CC00280
                                   )  Div. No. 5
U.S. BUREAU of ALCOHOL etAD        )  Judge Melenbrink

FILED
MAY 19 2021

MICHAEL E. REUTER
CIRCUIT CLERK

MEMORANDUM

Comes now petitioner and does ask this Honorable Court to review
the third section of his Cosolidated Application, Motion, and Request,
"Request Of THE Court To Assign Counsel To Plaintiff As Pauper" filed
April 13, 2021, in this instant matter which states to wit:

And for PER's Request of the Court, as under RSMo 514.040, that if
the Court understands the terrible circumstances he is currently
experiancing, and the Court be satisfied he is now a poor person,
imprisoned with no legal resources and cannot, with the nature of
his civil action petitioned for, adequately argue this cause
himself, therefore, his need for representation and, if in the
Courts discretion, it assigns counsel trained in civil Litiga-
tion to represent him, with out tax, fee, or charge, that
PER understands if judgment be in his favor, court costs and
attorneys fees would be recovered.

Wherefore PER prays this Honorable Court grant his
request as a poor person and does assign him counsel.
                                    Thank you,
                          Respectfully re-submitted May 14, 2021

                          Earl G. Rice JR, Petitioner in Forma Pauperis
                          Monroe co. jail
                          225 E. 3rd Street
                          Waterloo, IL. 62298

Monroe Co. Jail
225 E. 3rd Street
Waterloo, IL. 62298

Attn: Jessica Honea, Civil Dept.

May
April 14, 2021

FILED
MAY 1 9 2021
MICHAEL E. REUTER
CIRCUIT CLERK

Re: Address for BATFE and enclosed Memo

Dear Ms. Honea,

I hope this letter finds you well. Because of problems I have with the management of this jail it took some doing to find the right guard who would look this address up, but what I was given is: BATFE's Office in St. Louis
                    1222 Spruce Street
                    St. Louis, Mo. 63103

I did get Judge Staceys Order to Allow me to proceed in Forma Pauperis, but I have yet to hear anything on my Request for Counsel, hence the enclosed Memorandum asking the assigned Div. 5 Judge Melenbrink to review my Request and, hopefully, assign counsel for me as per statute.

Please file my original memo, send a copy to Judge Melenbrink, and return a copy to myself at the above address.

I hope you didn't take offense at the way I worded the second part of my request to you when I sent back the first mailing you returned to me on April 14th. It did come through like I hoped, and Please know I really do appreciate all your help.

Thank You,

Earl G. Rice JR, Petitioner in Forma Pauperis

P.S. Say Hello, and Thank You Again to Ms. Vickie Skaggs.



# IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>VICTOR JOSEPH MELENBRINK | **Case Number:  21JE-CC00280** |
| Plaintiff/Petitioner:<br>EARL G RICE JR<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>EARL G RICE JR<br>225 E. 3RD ST<br>WATERLOO, IL  62298 |
| Defendant/Respondent:<br> UNITED STATES BUREAU OF ALCOHOL,<br>TOBACCO, FIREARMS AND EXPL. | Court Address:<br>P O BOX 100<br>300 MAIN ST<br>HILLSBORO, MO  63050 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:   UNITED STATES BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPL.**
                                          **Alias:**

**1222 SPRUCE ST**
**SAINT LOUIS, MO  63103**

*COURT SEAL OF*



**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

*JEFFERSON COUNTY*

MAY 20, 2021                                    MICHAEL E. REUTER, CIRCUIT CLERK
                                                         BY: /s/ J. HONEA, DEPUTY CLERK

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
        Printed Name of Sheriff or Server                              Signature of Sheriff or Server
                              **Must be sworn before a notary public if not served by an authorized officer:**

                              Subscribed and sworn to before me on _____ (date).

*(Seal)*

                              My commission expires: _____          _____
                                                                  Date                              Notary Public

| | | |
|---|---|---|
| **Sheriff's Fees, if applicable** | | |
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | **$_____** | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.